ACCEPTED
03-15-00299-CR
7138189
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 9:43:54 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00299-CR

IN THE COURT OF APPEALS

OF THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 9:43:54 AM
JEFFREY D. KYLE
Clerk

JAMES BRADLEY WARDEN,
                                    Appellant

v.

THE STATE OF TEXAS
                                    Appellee

---

Appeal in Cause No. 41101 in the
33RD Judicial District Court of Burnet County, Texas

Appeal in Cause No. 41101 in the
33RD Judicial District Court of Burnet County, Texas

---

## *Brief For Appellee*

---

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725, Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274
g.bunyard@co.llano.tx.us

By: Gary W. Bunyard
     Assistant District Attorney
     State Bar No. 03353500
     ATTORNEY FOR APPELLEE

September 29, 2015

*Oral Argument Waived*

## *Identity Of The Parties*

Trial Court

Honorable J. Allan Garrett
33rd Judicial District
Burnet County Courthouse Annex (North)
1701 East Polk St., Suite 74
Burnet, TX 78611

State/Appellee

Robert B. Ewing                    (Trial Counsel)
Assistant District Attorney
P. O. Box 725
Llano, Texas 78643
(325) 247-5755
State Bar No. 24076376

Richard S. Crowther                (Trial Counsel)
Assistant District Attorney (former)
P. O. Box 725
Llano, Texas 78643
(325) 247-5755
State Bar No. 15532500

Gary W. Bunyard                    (Appellate Counsel)
Assistant District Attorney
P. O. Box 725
Llano, Texas 78643
(325) 247-5755
State Bar No. 03353500
g.bunyard@co.llano.tx.us

Appellant

Paula Michelle Moore                    (Trial Counsel)
Burnet County Public Defender
220 S. Pierce St.
Burnet, TX 78611
(512) 234-3074
State Bar No. 14362150


Nathan G. Kight                         (Trial Counsel)
Assistant Public Defender
220 S. Pierce St.
Burnet, TX 78611
(512) 234-3074
State Bar No. 24025472


Ken Mahaffey                            (Appellate Counsel)
Attorney at Law
P.O. Box 684585
Austin, TX 78768
(512) 444-6557
State Bar No. 12830050
Ken_Mahaffey@yahoo.com


James Bradley Warden                    (Appellant)
TDCJ #01994759
SID #03575255
James Bradshaw State Jail
P.O. Box 9000
Henderson, TX 75653

# Table Of Contents

                                                                    Page

Index of Authorities...............................................................................    vi

Statement of the Case............................................................................    1

Statement on Oral Argument...................................................................    1

Response to Issues Presented..................................................................    2

Statement of the Facts...........................................................................    2

Summary of the Argument and Argument                                        2
            The State of Texas agrees with counsel that the
            record contains no reversible error and that this
            appeal is frivolous.

Prayer for Relief....................................................................................    3

Certificate of Word Count.......................................................................    3

Certificate of Service..............................................................................    4

# *Index Of Authorities*

| Case Law | Page |
|---|---|
| Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2nd 492 (1967)...................................... | 2 |
| High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978)................ | 2 |
| Penson v. Ohio, 488 U.S. 75, 109 S. Ct. 346, 102 L.Ed.2d 300 (1988)...................................... | 2 |

Constitutions

None cited

Statutes/Rules

None cited

# Statement Of The Case

Appellant has adequately described the Statement of the Case.

# Statement on Oral Argument

The undersigned waives Oral Argument. The undersigned does not believe that Oral Argument will be beneficial for this case for the reason that the issues are straight forward and lack any novel or complex nuances and the counsel for Appellant has waived Oral Argument. However, the undersigned is willing to participate if the Court believes that Oral Argument will assist the Court in any way.

## Response To Issues Presented

<u>Response To Issues:</u>

The State of Texas agrees with counsel that the record contains no reversible error and that this appeal is frivolous.

## Statement Of The Facts

Appellant has adequately described the facts of this case.

## Summary Of The Argument and Argument on Response to Issues Presented

**(1)    The State of Texas agrees with counsel that the record contains no reversible error and that this appeal is frivolous.**

Appellant seeks to appeal his conviction and sentence. Appellant's appellate counsel describes various arguable grounds for appeal and explains why such grounds do not support a finding of reversible error. The State of Texas has fully reviewed the record and agrees that there was no reversible error committed in the trial proceedings and that the appeal thereof is frivolous. *See* <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2nd 492 (1967); <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S. Ct. 346, 102 L.Ed.2d 300 (1988); and <u>High v. State</u>, 573 S.W.2d 807 (Tex. Crim. App. 1978).

2

## *PRAYER FOR RELIEF*

WHEREFORE, PREMISES CONSIDERED, Appellee prays the Court deny Appellant's appeal and affirm the judgment of the trial court.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone             Telecopier
(325) 247-5755      (325) 247-5274

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 109 words printed in Times New Roman 14 font according to the WordPerfect™ X7 word count tool.

_____
Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 29th day of September 2015, to Mr. Ken Mahaffey, Attorney for Appellant, by eServe and by email at Ken_Mahaffey@yahoo.com.

Gary W. Bunyard
Assistant District Attorney

4